# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-3132-01-CR-S-RED |
| | ) |
| GARY GROVES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant's Motion to Suppress Evidence and Statements (Doc. 23), the Government's Response to Motion to Suppress Evidence and Statements (Doc. 24), and the Report and Recommendation of United States Magistrate Judge (Doc. 25).

Defendant Gary Groves seeks to suppress all evidence seized as a result of a state search warrant executed on March 2, 2006, and all statements he made to law enforcement officers after execution of the search warrant. Defendant argues the affidavit supporting the search warrant was inadequate to establish probable cause and the search warrant did not describe with particularity the premises to be searched. Additionally, Defendant contends all statements he made in connection with the execution of the search warrant should be suppressed based on the fruit of the poisonous tree doctrine. On March 8, 2007, United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. 30) recommending that Defendant's Motion to Suppress Evidence and Statements be denied. Defendant has filed no objections to the Magistrate's Report and Recommendation, and the time in which to do so has now passed.

Upon careful and independent review of the pending motion, the suggestions filed by the parties in regard to said motion, and the applicable law, the Court ADOPTS the Report and

Recommendation of United States Magistrate Judge (Doc. 30) in full.  Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Suppress Evidence and Statements (Doc. 23) is **DENIED.**

**IT IS SO ORDERED.**

DATE:     March 29, 2007         */s/ Richard E. Dorr*
                                 RICHARD E. DORR, JUDGE
                                 UNITED STATES DISTRICT COURT